IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Margo Evans, et al, | * |
| | * |
| Plaintiff, | * |
| | * |
| VS. | * Case No.: 2:11-cv-02131-KOB |
| | * |
| Jefferson County Commission, et al | * |
| | * |
| Defendants. | * |

### PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT

Comes now the Plaintiff, and amends the Complaint heretofore filed in this cause by removing Lynn Baswell as a party Defendant in this case.

    Respectfully submitted,

    */s/Anthony Piazza*
    Anthony Piazza, P.C.
    ASB-6593-A47A
    Attorney for the Plaintiff
    P. O. Box 550217
    Birmingham, AL  35255
    (205) 933-1155 Phone
    (205) 323-2720 Fax
    (205) 617-6211 Cell

## CERTIFICATION OF SERVICE

This is to certify that on the 14th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the all CM/ECF participants, and by placing a copy of the same in the U.S. Mail, postage prepaid to the following non-CM/ECF participant:

Lynn Baswell
1826 2nd Avenue North
Bessemer, AL   35020

                                                 */s/ Anthony Piazza*
                                                 Anthony Piazza